IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV154

| | |
|---|---|
| HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS INC., FOREST & GARDEN DIVISION,<br>Plaintiff,<br>v.<br>JOSEPH H. GIBBS,<br>Defendant. | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Plaintiff Husqvarna to allow **Stephen C. Mitchell** to appear *Pro Hac Vice*, dated April 18, 2007 [doc. # 9].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Mitchell has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 27, 2007

Graham C. Mullen
United States District Judge