UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07-CV-00154

| | |
|---|---|
| HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS, INC., FOREST & GARDEN DIVISION<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH H. GIBBS,<br><br>Defendant. | CONSENT JUDGMENT |

This lawsuit involves claims for breach of an employment agreement containing restrictive covenants.

The parties, through their respective counsel, consent to the following consent judgment. The Court having reviewed the matter finds that the injunctive relief agreed to by the parties is reasonable and appropriate under the circumstances.

The Court, being fully advised, hereby ORDERS as follows:

1. Defendant Joseph H. Gibbs is hereby enjoined until December 22, 2007 from performing services for the outdoor power products operations of Stihl Incorporated, Shindaiwa, Echo, Inc., Briggs and Stratton, John Deere, MTD, Toro Motor Company and Metalcraft of Mayville, Inc., their parent companies, affiliates, subsidiaries or divisions in any state where Husqvarna does business.

2. Defendant Gibbs is hereby enjoined from revealing and/or utilizing any of Plaintiff Husqvarna's confidential and/or trade secret information, including, but not limited to

information regarding Husqvarna's customers, products, sales and marketing strategies and related information.

3.  Defendant Gibbs is hereby enjoined until December 22, 2007 from directly or indirectly soliciting any of Plaintiff Husqvarna's customers he solicited, serviced or obtain information regarding during his employment with Plaintiff Husqvarna for the purpose of providing those customers' outdoor power products.

The Court retains jurisdiction to enforce this judgment for purposes of enforcement and determining any damages and relief which should be ordered in the event of a breach of the terms set forth herein.

IT IS SO ORDERED this the ___ day of July 2007.

_____
The Honorable
United States District Court Judge